FANNY M. DAKE, as Executrix of JONATHAN M. DAKE, Deceased, Respondent, *v.* ABRAM M. DAKE, as Surviving Partner of J. M. DAKE & SON, Appellant.

FANNY M. DAKE, as Executrix of JONATHAN M. DAKE, Deceased, Respondent, *v.* ABRAM M. DAKE, Appellant.

*Dake* v. *Dake,* 97 App. Div. 640, affirmed.
(Argued April 13, 1905; decided May 2, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 2, 1904, which affirmed an order of Special Term directing that the above-entitled actions be consolidated.

The following question was certified : " Did the Supreme Court have the power on the plaintiff's motion to grant that part of the order which was made in the above-entitled actions, at a Special Term of the Supreme Court, held in the City of Rochester on the sixteenth day of April, 1904, which directed that the said actions be consolidated into one action in the Supreme Court ? "

*B. Frank Dake* and *C. A. Norton* for appellant.

*Fletcher C. Peck* for respondent.

Order affirmed, with costs ; question certified answered in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent : GRAY, J.

---

In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of EDWARD M. CAMERON, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant and Respondent ; HARRIS D. COLT, as Executor and Trustee, Respondent and Appellant.

*Matter of Cameron,* 97 App. Div. 436, affirmed.
(Argued April 14, 1905; decided May 2, 1905.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered